UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Ansel Tirrell Commander, | ) | Civil Action No. 5:19-02411-MBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Commissioner of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Ansel Tirrell Commander brought this action to obtain judicial review of Defendant Commissioner of the Social Security Administration's final decision denying his claim for supplemental security income benefits. By order dated March 8, 2021, the court reversed the Commissioner's decision and remanded for further administrative proceedings. ECF No. 30.

The matter is now before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). ECF No. 32. Plaintiff moves for an award of attorney fees in the amount of $5,288.35. On June 10, 2021, the Commissioner filed a response stating he does not oppose the award of fees. ECF No. 33. The Commissioner asks however that the court direct the fees to be paid directly to Plaintiff, as specified in the response. *Id.*

Plaintiff's motion for the payment of $5,288.35 in attorney fees, ECF No. 32, is granted, and the award shall be paid in accordance with the procedure set forth in the Commissioner's response, ECF No. 33.

**IT IS SO ORDERED.**

Charleston, South Carolina  
June 22, 2021

/s/Margaret B. Seymour  
Margaret B. Seymour  
Senior United States District Judge